IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY LANGLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-23-461-SLP |
| | ) |
| WARDEN GOLDEY, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Petitioner, a federal prisoner appearing pro se, filed a Petition [Doc. No. 1] seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 8, 2023, United States Magistrate Judge Suzanne Mitchell entered a Report and Recommendation [Doc. No. 14] (R.&R.) recommending the Petition be dismissed for lack of jurisdiction. Petitioner was advised that he could object to the R.&R. on or before November 29, 2023, and that failure to timely object could result in the waiver of his right to appellate review of the factual and legal issues raised. To date, no objection to the R. & R. has been filed nor has an extension of time in which to object been sought or granted. Upon review, the Court concurs with the analysis set forth in the R.&.R.

IT IS THEREFORE ORDERED that the R.& R. [Doc. No. 14] is ADOPTED in its entirety and the Petition [Doc. No. 1] is DISMISSED.[1]

---

[1] Because Petitioner is a federal prisoner, he does not need a certificate of appealability (COA) to appeal the denial of his § 2241 petition. *See Eldridge v. Berkebile*, 791 F.3d 1239, 1241 (10th Cir. 2015). Therefore, the Court need not consider whether to issue a COA in this case.

IT IS SO ORDERED this 4th day of January, 2024.

                                                                                                        */s/ Scott L. Palk*
                                                                                                         SCOTT L. PALK
                                                                                                         UNITED STATES DISTRICT JUDGE